# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2019

159062 & (45)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEAN McMASTER,
      Plaintiff-Appellant/
      Cross-Appellee,

v

DTE ELECTRIC COMPANY,
      Defendant-Appellee/
      Cross-Appellant,

and

FERROUS PROCESSING AND TRADING
COMPANY, d/b/a FERROUS PROCESSING
& TRADING CO.,
      Defendant.
_____/

SC: 159062
COA: 339271
Oakland CC: 2015-147414-NO

On order of the Court, the application for leave to appeal the November 8, 2018 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered and, pursuant to MCR 7.305(H)(1), in lieu of granting the application for leave to appeal, we VACATE Part III of the opinion, titled "Common-Law Duty." The Court of Appeals erred when it applied the open and obvious doctrine to this ordinary negligence case. The open and obvious doctrine is applicable to a claim that sounds in premises liability: "the question is whether *the condition of the premises* at issue was open and obvious . . . ." *Lugo v Ameritech Corp, Inc*, 464 Mich 512, 523 (2001). Here, the cause of action does not sound in premises liability but rather in ordinary negligence. Accordingly, we REMAND this case to the Court of Appeals for application of the law of ordinary negligence and for consideration of the issues raised by the parties on the question of the defendant's legal duty. The application for leave to appeal as cross-appellant is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2019



Clerk

a0924